IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO.  4:11cr291 |
| )  |   |
|    Plaintiff,    ) | |
| )  | |
|    v.    ) | Senior Judge Christopher A. Boyko |
| )  | |
| DAVID BOGGS,    ) | |
| )  | |
|    Defendant.    ) | ORDER |
| )  | |

     This matter was before the Court on March 11, 2021, for hearing on the Government's request for revocation of Defendant David Bogg's supervised release.  The Defendant was present and represented by counsel.

     A Supervised Release Violation hearing was held by Magistrate Judge William H. Baughman, Jr. on February 17, 2021, at which time the Defendant admitted to the following violations: 1) Failure to Comply with Substance Abuse Treatment; and 2) Unauthorized Use of Drugs.  The Magistrate Judge issued a Report and Recommendation on the same date.  The Court adopts the Magistrate Judge's Report and Recommendation.  The Court finds Defendant in violation and revokes supervised release.

     The Defendant is sentenced to custody of Bureau of Prisons (BOP) for a term of twelve (12) months and one (1) day.  No further period of supervised release to follow.

     The Defendant is remanded to custody.

     IT IS SO ORDERED.

DATED: March 11, 2021

           s/ Christopher A. Boyko
           CHRISTOPHER A. BOYKO
           SENIOR UNITED STATES DISTRICT JUDGE